IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAFATA KOMARA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner of | : | |
| Social Security | : | NO. 14-4832 |

## ORDER

**AND NOW**, this 3rd day of December, 2015, upon careful and independent consideration of the pleadings and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge Linda K. Caracappa dated October 28, 2015, to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation (Docket No. 16) is **APPROVED** and **ADOPTED**;

2. **JUDGMENT** is **ENTERED** in favor of Plaintiff, **REVERSING** the decision of the Commissioner of Social Security for the purposes of this remand only;

3. Plaintiff's request for review is **GRANTED IN PART** and **DENIED IN PART**, as set forth in the Report and Recommendation;

4. The case is **REMANDED** to the Acting Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation; and

5. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.